# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEPHEN DANIEL VANDERHOFF, JR.

NO. 2021 KW 1419

**JANUARY 21, 2022**

---

In Re: Stephen Daniel Vanderhoff, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 538,045.

---

**BEFORE: GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion to correct an illegal sentence filed with the district court, the district court's ruling on the motion, the bill of information, the commitment order, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT